IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEWIS M. MOTON, JR.,

      Appellant,

v.

BOB INZER, CLERK, SECOND
JUDICIAL CIRCUIT COURT,
LEON COUNTY, FLORIDA

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5211

Opinion filed March 20, 2015.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Appellant Lewis M. Moton, Jr., pro se.

Pamela Jo Bondi, Attorney General, Tallahassee; Gypsy Bailey, General Counsel, Leon County Clerk of Court & Comptroller's Office, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BENTON, and RAY, JJ., CONCUR.